JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | Case No. CV 18-10559-AB (KKx) |
|---|---|
| John Cheung | |
|        Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Lemonade Restaurant Group, LLC et al | |
|        Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 8, 2019

          _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.